IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| RAFE SCHIENBLUM and : | |
| PHYLLIS AYERS, : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 15-CV-6433 |
| : | |
| LEHIGH VALLEY CHARTER : | |
| SCHOOL FOR THE ARTS, : | |
| SHARON FEHLINGER-RICKER, : | |
| and   DIANE LABELLE, : | |
| Defendants. : | |

_____

**ORDER**

**AND NOW**, this   20th   day of December, 2016, upon consideration of the Defendant's Motion to Dismiss (Docket No. 8), the Plaintiffs' Memorandum in Opposition to the Motion (Docket No. 9), and Plaintiffs' Supplemental Authorities in Opposition to the Motion (Docket No. 16), and for the reasons stated in the accompanying memorandum,

**IT IS ORDERED** that Defendant's Motion to Dismiss is **DENIED** with respect to Plaintiffs' Count IX of the Amended Complaint.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss is **GRANTED** with respect to the dismissal of Plaintiffs' claim for punitive damages.

BY THE COURT

 */s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge